UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAMID R. BAKHTIARI, et al.,

    Plaintiffs,

  v.

COMERICA BANK,

    Defendant.

No. 24-00273 WHA

**ORDER TO SHOW CAUSE**

The Court received the defense filing stating that plaintiffs' counsel had failed to respond to the defense's attempts to agree on a mediator and mediation dates. The Court set a Zoom conference for 7:30am on November 14, 2024, but neither side showed up. Both counsel are hereby ordered to appear on November 19, 2024, at 7:30am to show cause why they should not be fined and/or the cased dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 14, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE